JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC REPRESENTATIONS, INC., A CALIFORNIA CORPORATION, | Case No.: 2:20-cv-11146-SB-SK<br>Hon. Stanley Blumenfeld, Jr. |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL** |
| vs. | |
| ATLANTIC FURNITURE, INC., A MASSACHUSETTS CORPORATION AND MARK S. VALONE, | |
| Defendants. | |

**ORDER**

Pursuant to the Stipulation of the parties, and to Fed. R. Civ. P. 41(a)(2), all claims, counterclaims and causes of action in this suit shall be and are, hereby dismissed with prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  September 3, 2021



Stanley Blumenfeld, Jr.
United States District Judge